UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Docket Number: 3:11-CR-00012 |
| v. | |
| RAY OZEN | JUDGE SHARP |

MOTION TO PERMIT DEFENDANT AND COUNSEL TO PARTICIPATE IN THE EXHIBIT REVIEW ON JULY 26, 2013

Comes now Ray Ozen, by and through counsel, Jennifer Lynn Thompson, and respectfully moves this Honorable Court to allow him to participate in the formal exhibit review ordered for the Defendants scheduled to go to trial on August 6, 2013. For cause, Counsel would state as follows:

1. The Court previously entered an Order severing Mr. Ozen from the August 6, 2013 trial (D.E. 1626).

2. Mr. Ozen is now set for trial on September 17, 2013, at 9:00 a.m. (D.E. 1641).

3. Mr. Ozen and Mr. Ford have filed a Joint Motion to Reset Trial Date, requesting that the trial be reset to November 5, 2013 (D.E. 1676).

4. Although there may be some exhibits that will be used in their trial that will not be utilized against the remaining defendants, it is anticipated that a majority of the Government's exhibits will be the same in both trials.