UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | NO. 3:11-cr-00012 |
| v. ) | |
| ) | JUDGE SHARP |
| RAY OZEN [31] ) | |
| DEZORICK FORD [32] ) | |

## GOVERNMENT'S MOTION TO RESCHEDULE TRIAL

The undersigned has received the Court's order (DE 1887) which grants the defendants' motion to continue trial and re-sets that trial for January 21, 2014. The undersigned and co-counsel, AUSA Ingram, who are the only prosecutors with knowledge of this case are scheduled to be in trial in Senior Judge Nixon's court beginning on January 14, 2014 in U.S. v. Marchbanks, which is likely to last two weeks. The undersigned and AUSA Ingram will then begin trial in Senior Judge Nixon's court in U.S. v. Lachaunti Williams on January 28, 2014, for what is likely to be another two week trial. Thus, it appears that counsel for the United States will not be available on the recently scheduled date for the captioned case. The United States requests the Court vacate the newly set trial date and permit the parties to consult and select mutually agreeable dates for the Court's consideration.

Respectfully submitted,

DAVID RIVERA
Acting United States Attorney for the
Middle District of Tennessee

 s/ Sunny A.M. Koshy
SUNNY A.M. KOSHY