UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 3:11-00012 |
| v. ) | Judge Sharp |
| ) | |
| RAY OZEN [31] ) | |
| DEZORICK FORD [32] ) | |

**O R D E R**

A jury trial for Defendants Ray Ozen and Dezorick Ford is scheduled to begin in this case on Tuesday, May 6, 2014. However, on April 25, 2014, the Government filed a Second Superseding Indictment (Docket Entry No. 2081), which added defendants and several additional counts against Defendant Ford, including, murder in the course of discharging a firearm in furtherance of a crime of violence in violation of 18 U.S.C §§ 2, 924(c)(1)(A) and 924(j). Based upon the filing of the Second Superseding Indictment, the Court finds the jury trial must be continued as to Defendant Ford Accordingly, the jury trial as to him currently scheduled for Tuesday, May 6, 2014, is continued and will be rescheduled for a later date.

As to Defendant Ozen, the May 6, 2014, trial will proceed. A final pretrial conference is hereby scheduled for Friday, May 2, 2014, at 2:30 p.m.

It is so ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE