UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | **No. 3:11-00012** |
| **v.** ) | **Judge Sharp** |
| ) | |
| **RAY OZEN [31]** ) | |
| ) | |

# **O R D E R**

Pending before the Court is Defendant's Motion to Set Change of Plea Hearing (Docket No. 2106).

The motion is GRANTED and a change of plea hearing is hereby scheduled for Tuesday, May 6, 2014, at 10:30 a.m.

The final pretrial conference scheduled for Friday, May 2, 2014, at 2:30 p.m. is hereby CANCELLED.

It is so ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE